UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**ED BOATRIGHT**

    **Plaintiff,**  ( 09-cv-81093-Dimitrouleas-Snow

    **v.** Judge:

**PORTFOLIO RECOVERY ASSOCIATES, LLC;** Case no:
**HAYT, HAYT & LANDAU,**

    **Defendants.**

_____/

```
FILED by  VT   D.C.
ELECTRONIC

July 27, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

**ORIGINAL COMPLAINT**
**(& Jury Demand)**

Comes now, the Plaintiff, **Ed Boatright** (hereinafter the "**Plaintiff**"), on behalf of herself and by and through undersigned counsel, who files this original complaint against the Defendants, Portfolio Recovery Associates, LLC, (hereinafter "**Portfolio**") and Hayt, Hayt & Landau ("**Hayt**") and in support thereof would state the following:

**JURISDICTION AND VENUE**

1. This is an action for damages brought by an individual consumer against the named defendants for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq., (hereinafter the "**FDCPA**").

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d). Supplemental jurisdiction rests upon 28 U.S.C. § 1367.

1

3. The Defendant **Portfolio** is a business entity that regularly conducts business and collection activity in the State of Florida and, as such, is a citizen of the State of Florida. **Portfolio** is a "debt collector" as defined by the FDCPA and it uses interstate commerce in a business for which the principal purpose is to collect debts.

4. The Defendant **Hayt** is a business entity that regularly conducts business and collection activity in the State of Florida and, as such, is a citizen of the State of Florida. **Hayt** is a "debt collector" as defined by the FDCPA and it uses interstate commerce in a business for which the principal purpose is to collect debts.

## VENUE

5. The venue in the United States District Court for the Southern District of Florida is proper and based upon the following:

    a. The violations of the FDCPA alleged below occurred and/or were committed in Palm Beach County, in the State of Florida within the Southern District of Florida;

    b. At all times material hereto, the Defendant **Portfolio**, was and continues to be a corporation engaged in business activities in Palm Beach County, Florida and as such is a citizen of the State of Florida.

    c. At all times material hereto, the Defendant **Hayt**, was and continues to be a corporation engaged in business activities in Palm Beach County, Florida and as such is a citizen of the State of Florida.

6. The Plaintiff, is an individual residing in Palm Beach County, Florida and is a "consumer" as that term is defined by 15 U.S.C. §§ 1692 et seq.

## FACTS COMMON TO ALL COUNTS

7. Plaintiff is an "individual consumer" as defined by the FDCPA and is alleged to have incurred a financial obligation for primarily personal, family or household purposes, or more specifically an alleged debt with defendant **Portfolio**, an alleged assignee M.B.N.A.

8. The defendant **Portfolio** filed suit against the Plaintiff in Hillsborough County case number 08-CC-007106.

9. The plaintiff lived in Hillsborough County at 3444 Silverstone Ct., Plant City FL 33566 until March 2007.

10. The plaintiff currently maintains residence at 13576 Paisley Dr., Delray Beach, FL 33446.

11. The Plaintiff made monthly payments of 75.00 to **Hayt** as payment towards to alleged debt owned by **Hayt** from August 2006 to August 2008. See **Exhibit A**.

12. **Hayt** had knowledge of **Plaintiff's** residence in Delray, Florida, as payments were received from this address and **Plaintiff** notified **Hayt** if the change in address.

13. Although the **Plaintiff** continued payments to **Hayt**, **Hayt** sent the **Plaintiff** a letter on July 22, 2008, stating they intended to file suit on the behalf of **Portfolio**. See **Exhibit B**.

14. The Defendant thereafter voluntarily dismissed the complaint following a motion to dismissed filed in state court by the **Plaintiff**. See **Exhibit C**.

15. Defendants have clearly violated the FDCPA and FCCPA by attempting to collect a debt not permitted by law.

3

## COUNT ONE

## VIOLATION OF THE FDCPA – 15 U.S.C. §1692 et seq.

### BY DEFENDANT Portfolio and Hayt

16. Plaintiff re-alleges and incorporates paragraphs 1 through 15 above as if fully stated herein.

17. Upon information and belief the foregoing acts and omissions of Defendant **Portfolio** and **Hayt,** as further described within this Complaint, constitute violations of certain provisions of the FDCPA, and as such, each and every provision of 15 U.S.C. §§ 1692 et seq., are at issue.

18. Upon information and belief, Defendant **Portfolio** has specifically violated 15 U.S.C. § 1692i(a)(2) by bring a legal action in a location other then where the contract was signed or where the consumer resides.

19. Upon information and belief, Defendant **Hayt** has specifically violated 15 U.S.C. § 1692i(a)(2) by bring a legal action in a location other then where the contract was signed or where the consumer resides.

20. As a result of this violation of the FDCPA by Defendant **Portfolio** and **Hayt**, the Plaintiff has suffered out of pocket expenses as well as other actual damages and is therefore entitled to an award of damages pursuant to 15 U.S.C. § 1692k(a)(1-3) from Defendant **Portfolio** and **Hayt**.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that a judgment be entered against Defendant **Portfolio** and **Hayt** for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages pursuant to 15 U.S.C. § 1692k(a)(2); the

4

costs associated with litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and such other relief the Court deems just, equitable and proper.

## JURY TRIAL DEMAND

Plaintiff is entitled to and hereby demands a trial by jury as stated in the U.S. Constitution, Amendment 7 and F.R.C.P. 38.

Dated this 9th day of July, 2009.

Respectfully Submitted by,

**The Fair Credit Law Group, LLC**
**20423 State Road 7**
**Suite F6-477**
**Boca Raton, FL 33498**
**Tel: 954-334-7670**
**Fax: 954-334-7668**

_____
**Filed by:**
**Paul A. Herman, Esq**
**FL Bar #0405175**

5

# Exhibit "A"

Search Results

| Date | Acct | Num | Payee | Cat | Memo | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 8/20/2008 | Ed & Kristi Checking | 5530 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 7/25/2008 | Ed & Kristi Checking | 5516 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 6/20/2008 | Ed & Kristi Checking | 5508 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 5/20/2008 | Ed & Kristi Checking | 5488 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 4/18/2008 | Ed & Kristi Checking | 5472 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 3/20/2008 | Ed & Kristi Checking | 5461 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 2/20/2008 | Ed & Kristi Checking | 5443 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 1/18/2008 | Ed & Kristi Checking | 5429 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 12/21/2007 | Ed & Kristi Checking | 5411 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 11/20/2007 | Ed & Kristi Checking | 5392 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 10/19/2007 | Ed & Kristi Checking | 5374 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 9/20/2007 | Ed & Kristi Checking | 5356 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 8/20/2007 | Ed & Kristi Checking | 5343 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 7/20/2007 | Ed & Kristi Checking | 5328 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 6/20/2007 | Ed & Kristi Checking | 5308 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 6/8/2007 | Ed & Kristi Checking | 5298 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 4/20/2007 | Ed & Kristi Checking | 5268 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 2/20/2007 | Ed & Kristi Checking | 5238 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 1/19/2007 | Ed & Kristi Checking | 5216 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 12/20/2006 | Ed & Kristi Checking | 5192 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 11/20/2006 | Ed & Kristi Checking | 5173 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 10/20/2006 | Ed & Kristi Checking | 5153 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 9/20/2006 | Ed & Kristi Checking | 5141 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |
| 8/18/2006 | Ed & Kristi Checking | 5121 | Hayt, Hayt & Landau{Mcrd Old} | | | R | -75.00 |

Page 1

# Exhibit "B"

**Hayt, Hayt & Landau**
7765 SW 87 Avenue
Suite 101
Miami, Florida 33173
Telephone 305-403-3789
Facsimile 305-412-3242

July 22, 2008

ED BOATRIGHT
13576 Paisley Dr
Delray Beach Florida 33446

RE:   PORTFOLIO RECOVERY ASSOCIATES, LLC   vs. ED BOATRIGHT
      File Number: 06-08597-0

Dear Mr. Boatright:

    This law firm represents the PORTFOLIO RECOVERY ASSOCIATES, LLC. We have filed a Complaint on behalf of Portfolio Recovery Associates, LLC to collect the outstanding balance due and owing on your account. I am enclosing for your review a Stipulation for Entry of Final Judgment Execution Withheld. As you will note, some of the terms have intentionally been left blank. Kindly contact my office upon receipt of this letter so that we may mutually agree to the terms and conditions of said stipulation.

    Please understand that any information we obtain will be used for the purpose of collecting this debt.

    If you have any questions or wish to discuss this matter in further detail please feel free to contact me.

Very truly yours,
Hayt, Hayt & Landau

By:_____
Robert J. Orovitz, PA

****Please call 305-403-3789 extension 252*****

*************IMPORTANT INFORMATION***********

THE ATTACHED STIPULATION IS A PROPOSAL OF SETTLEMENT ONLY. THE TERMS ARE NEGOTIABLE. YOU DO NOT HAVE TO AGREE TO ANY OF THE TERMS AND HAVE THE RIGHT TO GO TO COURT.
THE ATTACHED IS NOT A LEGAL PLEADING UNLESS AND UNTIL BOTH PARTIES AGREE TO THE TERMS AND SIGN IT.

# Exhibit "C"

IN THE COUNTY COURT IN AND
FOR HILLSBOROUGH COUNTY,
FLORIDA

CASE NO: 08-7106

PORTFOLIO RECOVERY
ASSOCIATES, LLC

    Plaintiff      VOLUNTARY DISMISSAL
              Attorney Bar No: 501379

vs.

ED BOATRIGHT

    Defendant(s)
_____/

  COMES NOW, the Plaintiff by and through its undersigned attorneys and voluntarily dismisses the action filed herein against the Defendant(s) ED BOATRIGHT .

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to: PAUL HERMAN, ESQ. 3389 Sheridan Street Suite 245 Hollywood, FL 33021 on this the ____ day of _____Oct_____, 20_08_.

            HAYT, HAYT & LANDAU
            Attorneys for Plaintiff
            7765 SW 87 Avenue, Suite 101
            Miami, Fl 33173
            (305) 661-6660

            BY:_____
              Robert J. Orovitz, PA

06-08597-0

%JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
ED BOATRIGHT

**DEFENDANTS**
PORTFOLIO RECOVERY ASSOCIATES, LLC; HAYT, HAYT & LANDAU

(b) County of Residence of First Listed Plaintiff   PALM BEACH
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   PALM BEACH
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
FAIR CREDIT LAW GROUP, LLC (PAUL A. HERMAN, JOEL A. BROWN) 3389 SHERIDAN STREET, SUITE 245, HOLLYWOOD, FLORIDA 33021

Attorneys (If Known)
9:09 CV 81093-WPD-LSS

(d) Check County Where Action Arose: ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☑ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☑ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | ☐ 710 Fair Labor Standards Act | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 740 Railway Labor Act | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO

JUDGE                                    DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1692

LENGTH OF TRIAL via 3-4 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

SIGNATURE OF ATTORNEY OF RECORD

DATE

FOR OFFICE USE ONLY
AMOUNT  350.00   RECEIPT # 546979   IFP